**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

Sheri Latronico, et al.        Plaintiff(s),

Case No. 1:20-cv-01653-NONE-SKO

v.

MedAccess Network, et al.   Defendant(s).

I, _____Daniel Centner_____,

attorney for_____Sheri Latronico, et al._____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name:        ___Peiffer Wolf Carr Kane & Conway_____

Address:          1519 Robert C. Blakes Drive, 1st Floor_____

City:             ___New Orleans_____

State:            ___LA_____   ZIP Code: _____70130_____

Voice Phone:      (  504   ) 605-2234_____

FAX Phone:        (  504   )_608-1465_____

Internet E-mail:  _dcentner@peifferwolf.com_____

Additional E-mail: _____

I reside in City:  ____Metairie_____ State: ____LA_____

I was admitted to practice in the ___State of Louisiana___ (court) on ___October 2010___ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: ___Adam B. Wolf___

Firm Name: ___Peiffer Wolf Carr Kane & Conway___

Address: ___5042 Wilshire Blvd., #304___

City: ___Los Angeles___

State: ___CA___   ZIP Code: ___90036___

Voice Phone: ( 415 ) 766-3545

FAX Phone: ( 415 ) 402-0058

E-mail: ___awolf@peifferwolf.com___

Dated: ___December 8, 2020___   Petitioner: ___/s/ Daniel Centner___

**ORDER**

IT IS SO ORDERED.

Dated: December 8, 2020

/s/ Sheila K. Oberto
JUDGE, U.S. DISTRICT COURT