

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

Sheri Latronico, et al.         Plaintiff(s),

v.                                              Case No. 1:20-cv-01653-NONE-SKO

MedAccess Network, et al.    Defendant(s).

I, _____Korby Kazyak_____,

attorney for _____Sheri Latronico, et al._____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | ___Peiffer Wolf Carr Kane & Conway_____ |
| Address: | ___1519 Robert C. Blakes Sr. Drive_____ |
| City: | ___New Orleans_____ |
| State: | ___LA_____  ZIP Code: _____70130_____ |
| Voice Phone: | ( 504 ) 605-2340 |
| FAX Phone: | ( 504 ) 608-1465 |
| Internet E-mail: | kkazyak@peifferwolf.com |
| Additional E-mail: | |
| I reside in City: | ___New Orleans_____  State: ____LA_____ |

I was admitted to practice in the ____State of Louisiana_____ (court) on ____October 2018_____ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         ____Adam B. Wolf_____

Firm Name:   ____Peiffer Wolf Carr Kane & Conway_____

Address:     ____5042 Wilshire Blvd., #304_____

             _____

City:        ____Los Angeles_____

State:       ____CA_____   ZIP Code: _____90036_____

Voice Phone: ( 415 ) 766-3545

FAX Phone:   ( 415 ) 402-0058

E-mail:      _awolf@peifferwolf.com_____


Dated: __December 9, 2020___   Petitioner: ____/s/ Korby Kazyak_____

**ORDER**

IT IS SO ORDERED.

Dated: December 10, 2020

/s/ Sheila K. Oberto
JUDGE, U.S. DISTRICT COURT